COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Beales, Russell and Senior Judge Frank


NEKA GRANITE IMPORTS, INC.,
  SUSSEX INSURANCE COMPANY AND
  COMPANION PROPERTY & CASUALTY

v.      Record No. 0188-17-4

LUIS PAZ

MEMORANDUM OPINION[*]
PER CURIAM
JUNE 6, 2017

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Bryan M. Kirchner; Travis T. Kline; Midkiff, Muncie & Ross, P.C.,
on brief), for appellants.

(Andrew S. Kasmer, on brief), for appellee.


Neka Granite Imports, Inc., Sussex Insurance Company, and Companion Property &

Casualty (collectively "employer") appeal a decision of the Workers' Compensation

Commission finding that Luis Paz was entitled to permanent total disability benefits.  Employer

contends the Commission erred by finding that Paz was unable to use his injured members in any

gainful employment and that he reached maximum medical improvement to his right arm injury.

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reasons stated by the Commission in its final

opinion.  See Neka Granite Imps., Inc. v. Paz, JCN 2242733, 2017 VA Wrk. Comp. LEXIS 21

(Va. Wrk. Comp. Jan. 11, 2017).  We dispense with oral argument and summarily affirm because

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>